UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-CV10564-JLT

XIOMARA CHENG,
Petitioner

V.

UNITED STATES OF AMERICA
Respondent

BRIEFING ORDER

ALEXANDER, M.J.

Xiomara Cheng, currently in federal custody, filed a motion to vacate, set aside or correct her sentence on March 22, 2005, and the United States filed its response on April 14, 2005. The matter was thereafter referred to this Court for a Report and Recommendation. In order to complete the record, the petitioner is hereby directed to file a brief in support of her petition on or before September 30, 2005.

SO ORDERED.

8/18/05
Date

United States Magistrate Judge