David A. Cooper*

The Masonic Temple Building
127 Dorrance Street, 2nd Flr.
Providence, RI 02903-2828
Tel: 401-273-1880
Fax: 401-331-2336

*MEMBER OF THE RHODE ISLAND AND
 MASSACHUSETTS BAR ASSOCIATIONS

## COOPER LAW ASSOCIATES
*Attorneys and Counselors at Law*

February 16, 2005

United States District Court
District of Massachusetts
**Attn: Mr. Jarred Lovett**
One Court House Way, Suite 7110
Boston, MA 02210

*CA 05-10564*

   RE:   UNITED STATES v. XIOMARA CHENG
         CRIMINAL NUMBER: 0110344-JLT

Dear Mr. Lovett:

   Please let me know if a decision has been reached in regards to my client, Mrs. Xiomara Cheng.

   Mrs. Cheng, filed a Motion under 28 USC Section 2255 to Vacate, and I would like to know if Magistrate Alexander has reached a decision.

   Please contact my office at your earliest convenience and advise us as to the status in this matter.

                                                Very truly yours,

                                                David A. Cooper

DAC/lh