UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Xiomara Cheng__
    **Petitioner**

    **V.**

__United States of America__
    **Respondent**

**CIVIL ACTION**

**NO.  05-cv-10564 JLT**

## JUDGMENT

__Tauro,   D. J.__

In accordance with the Court's Endorsement dated __March 9, 2006,__ adopting the Magistrate Judge's Report and Recommendation of __February 17, 2006__, denying the Petitioner's Petition for Writ of Habeas Corpus,  it is hereby ORDERED:

Judgment for the __Respondent__.

By the Court,

__ March 15, 2006 __      __/s/ Kimberly M. Abaid__
**Date**      **Deputy Clerk**

(R&R Judgment.wpd - 12/98)